UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASINGTON

| | |
|---|---|
| MAERSK A/S trading as MAERSK LINE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:23-cv-00736-JHC |
| ) | |
| vs. ) | STIPULATION AND ORDER OF |
| ) | DISMISSAL WITH PREJUDICE |
| VILKON N.A. INC, ) | |
| Defendant. ) | |
| ) | |
| ) | |

**STIPULATION**

COME NOW Plaintiff MAERSK and Defendant VILKON N.A. INC, pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii) and their settlement agreement, and hereby stipulate that all claims and causes of actions between MAERSK and VILKON be dismissed with prejudice and each party to bear their own costs and fees.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
1

LAW OFFICE OF WILLIAM DEVOE
SKINNER BUILDING, SUITE 438
1326 FIFTH AVENUE
SEATTLE, WA 98101
TELEPHONE (206) 251-1688
WDEVOE@LAWDEVOE.COM

1.

2. Dated: August 24, 2023                    LAW OFFICE OF WILLIAM DEVOE

3.
                                             By:     s/ William D. DeVoe
4.                                               William D. DeVoe WSBA # 17454
                                                 1326 Fifth Avenue, Suite 438
5.                                               Seattle, WA 98101
                                                 206.251.1688
6.                                               wdevoe@lawdevoe.com
                                                 Attorneys for Plaintiff
7.                                               MAERSK A/S trading as MAERSK LINE

8.

9.
   Dated: August 24, 2023
10.                                          LANE POWELL PC

11.
                                             By:     s/ Steven W. Block
12.                                              Steven W. Block, WSBA No. 24299
                                                 1420 Fifth Avenue, Suite 4200
13.                                              P.O. Box 91302
                                                 Seattle, WA 98111-9402
14.                                              206.223.7718
                                                 blocks@lanepowell.com
15.                                              Attorneys for Defendant

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
2

LAW OFFICE OF WILLIAM DEVOE
SKINNER BUILDING, SUITE 438
1326 FIFTH AVENUE
SEATTLE, WA 98101
TELEPHONE (206) 251-1688
WDEVOE@LAWDEVOE.COM

# ORDER

The Court having reviewed the foregoing stipulation of the plaintiff and the defendant, now therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the above referenced case is DISMISSED with prejudice and each party to bear its own costs and fees.

DATED this 24th day of August, 2023.

_____
Honorable John H. Chun
United States District Judge

Presented by:

LAW OFFICE OF WILLIAM DEVOE

By:     s/ William D. DeVoe
William D. DeVoe WSBA # 17454
Law Office of William DeVoe
1326 Fifth Avenue, Suite 438
Seattle, WA 98101
206.251.1688
wdevoe@lawdevoe.com
Attorneys for Plaintiff
MAERSK A/S trading as MAERSK LINE

LANE POWELL PC

By:     s/ Steven W. Block
Steven W. Block, WSBA No. 24299
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
206.223.7718
blocks@lanepowell.com
Attorneys for Defendant

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
3

LAW OFFICE OF WILLIAM DEVOE
SKINNER BUILDING, SUITE 438
1326 FIFTH AVENUE
SEATTLE, WA 98101
TELEPHONE (206) 251-1688
WDEVOE@LAWDEVOE.COM